**No. 10-6878. Charles E. Hall, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1471, 179 L. Ed. 2d 313, 2011 U.S. LEXIS 1316.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 392 U.S. App. D.C. 84, 613 F.3d 249.

**No. 10-6886. Raul Rosado-Toro, Petitioner v. United States.**

562 U.S. 1224, 131 S. Ct. 1471, 179 L. Ed. 2d 313, 2011 U.S. LEXIS 1480.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-6935. Tanya R. Jenkins, Petitioner v. United States.**

562 U.S. 1224, 131 S. Ct. 1472, 179 L. Ed. 2d 313, 2011 U.S. LEXIS 1406.

February 22, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 998 A.2d 867.

**No. 10-6989. Gene Francis Stuart, Petitioner v. Idaho.**

562 U.S. 1224, 131 S. Ct. 1472, 179 L. Ed. 2d 313, 2011 U.S. LEXIS 1387.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 149 Idaho 35, 232 P.3d 813.

**No. 10-7062. Jacob Ramon Silva, Petitioner v. United States.**

562 U.S. 1224, 131 S. Ct. 1473, 179 L. Ed. 2d 313, 2011 U.S. LEXIS 1419.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 608 F.3d 663.

**No. 10-7134. Cynthia Jiles, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 1224, 131 S. Ct. 1473, 179 L. Ed. 2d 313, 2011 U.S. LEXIS 1410.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 391 Fed. Appx. 574.

**No. 10-7186. Martha Armijo, as Parent and Best Friend of Christopher Armijo Sanchez, Petitioner v. Rob Peterson, et al.**

562 U.S. 1224, 131 S. Ct. 1473, 179 L. Ed. 2d 313, 2011 U.S. LEXIS 1459.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 601 F.3d 1065.